IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LANCE DARIN THOMPSON                                                                         PLAINTIFF

vs.                                         Civil No. 1:13-cv-01068

CAROLYN W. COLVIN                                                                            DEFENDANT
Commissioner, Social Security Administration

## J U D G M E N T

    Comes now the Court in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED,** and Plaintiff's Complaint is hereby dismissed with prejudice.

    **ENTERED this 16th day of December 2014.**

                                                   /s/  Barry A. Bryant
                                                 HON. BARRY A. BRYANT
                                                 U. S. MAGISTRATE JUDGE